1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California 94111-4006
   Tel:   (415) 315- 6300
5  Fax:   (415) 315-6350

6  HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:   (617) 951-7606
11 Fax:   (617) 235-0215

12 Attorneys for Defendants

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 BRIAN TOGLIA and RANDAL CORY         Case No.  3:11-cv-02281-EMC
   WALKER, individually and on behalf of all
19 others similarly situated,             **STIPULATION TO EXTEND
                                          TIME FOR DEFENDANTS TO
20               Plaintiffs,              MOVE, ANSWER, OR
                                          OTHERWISE RESPOND TO
21       v.                               COMPLAINT** ; ODRER

22 SONY COMPUTER ENTERTAINMENT         Judge: Edward M. Chen
   AMERICA LLC, a Delaware Limited Liability
23 Company; SONY NETWORK
   ENTERTAINMENT INTERNATIONAL LLC, a
24 Delaware Limited Liability Company; and SONY
   CORPORATION OF AMERICA, a New York
25 Corporation,

26               Defendants.

27

28

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02281-EMC

1    WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a
2  Sony Computer Entertainment America, Inc.), Sony Network Entertainment International LLC
3  ("SNEI") and Sony Corporation of America ("SCA"), as well as certain related entities
4  (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25)
5  putative class action lawsuits within this District, to date;
6    WHEREAS, certain of the Sony Defendants have also been named as defendants in at
7  least nineteen (19) putative class action lawsuits pending outside this District, to date;
8    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
9  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
10 to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
11 2011.
12   WHEREAS, the current deadline for SCEA, SNEI and SCA to respond to the Complaint
13 is July 26, 2011;
14   WHEREAS, the parties have agreed to the extension of time herein for the defendants in
15 the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
16 facilitate the scheduling of this matter in coordination with the schedule for the motion before the
17 JPML;
18   NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
19 by and through their respective counsel, hereby stipulate as follows:
20   The deadline for the defendants to respond to the Complaint in the above-captioned action
21 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
22 litigation centralizing the above-captioned action with other matters, or if centralization is denied
23 by the JPML, then 30 days from the date of such order denying centralization.
24 ///

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 31, 2011

VAHN ALEXANDER
FARUQI & FARUQI, LLP

By: /s/ Vahn Alexander /s/ [as authorized]
Vahn Alexander
Attorneys for Plaintiffs
BRIAN TOGLIA and RANDAL CORY WALKER

Dated: May 31, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai /s/
Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC
and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC.

[PRO~~POS~~ED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/3/11

By: _____
U.S. District [Judge]

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02281-EMC