1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California  94111-4006
   Tel:    (415) 315- 6300
5  Fax:    (415) 315-6350

6  HARVEY J. WOLKOFF
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:    (617) 951-7606
11 Fax:    (617) 235-0215

12 Attorneys for Defendants
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
13 SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN TOGLIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No.   3:11-cv-02281-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge:  Hon. Edward M. Chen |

## STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least sixty-two (62) putative class action lawsuits, including this lawsuit, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters before a single district court, to which multiple responses, including the Sony Defendants' response, have been filed to date and are under submission before the JPML, with a hearing date of July 28, 2011;

WHEREAS, the current date of the initial Case Management Conference ("CMC") in this case is August 24, 2011 and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, the parties have agreed that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the scheduling of this matter in coordination with the schedule for the motion and hearing before the JPML;

NOW, THEREFORE, all parties, by and through their respective counsel, hereby stipulate for an order as follows:

In light of the motion for centralization pending before the JPML, the CMC and all associated deadlines, including those set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, in the above-entitled action shall be vacated and further pretrial and scheduling matters shall be addressed by the transferee judge following centralization or, in the event such motion for centralization is denied, the defendants will notify the Court within a reasonable time thereafter, so that the Court may at that time issue a revised case schedule.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 27, 2011 | VAHN ALEXANDER<br>FARUQI & FARUQI LLP |
| 3 | | |
| 4 | | By:   /s/ Vahn Alexander/s/     [as authorized] |
| 5 | | Vahn Alexander |
| 6 | | Attorneys for Plaintiffs<br>BRIAN TOGLIA |
| 7 | | RANDAL CORY WALKER |

Dated: July 27, 2011            HARVEY WOLKOFF
                                THAD A. DAVIS
                                ROCKY C. TSAI
                                ROPES & GRAY LLP

                         By:   /s/ Rocky C. Tsai /s/
                                Rocky C. Tsai

                                Attorneys for Defendants
                                SONY COMPUTER
                                ENTERTAINMENT AMERICA LLC
                                and
                                SONY NETWORK ENTERTAINMENT
                                INTERNATIONAL LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC set for 8/24/11 is reset for 1/27/12 at 9:00 a.m.  A joint CMC statement shall be filed by 1/20/12.

Dated:  _____7/27/11_____            By: _____
                                              U. S. District Court Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]